**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2017**

LAURA K. MECHEM,

            Debtor – Appellant,

      and

DARLENE G. MECHEM,

            Debtor,

            v.

JP MORGAN CHASE BANK, N.A.,

            Creditor - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, Chief District Judge.  (3:11-cv-00026-JPB; 3:11-cv-00025-JPB; 3:11-cv-00027-JPB; 3:02-bk-31227; 3:03-bk-00882)

Submitted:  March 29, 2012        Decided:  April 10, 2012

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian J. McAuliffe, LAW OFFICE OF BRIAN J. MCAULIFFE, Martinsburg, West Virginia, for Appellant.  R. Terrance Rodgers, GUTHRIE & THOMAS, PLLC, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Laura K. Mechem appeals the district court's order denying her motion for rehearing or reconsideration of the district court's order reversing the portion of the bankruptcy court's order which authorized her to file a new adversary proceeding addressing the claims that were the subject of her previously dismissed adversary proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mechem v. JP Morgan Chase Bank, N.A., No. 3:11-cv-00026-JPB; 3:11-cv-00025-JPB; 3:11-cv-00027-JPB; 3:02-bk-31227; 3:03-bk-00882 (N.D. W. Va. Aug. 23, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED